No. 02–7575. CLARK v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 02–7577. EVANS v. KINGSVILLE INDEPENDENT SCHOOL DISTRICT. C. A. 5th Cir. Certiorari denied.

No. 02–7579. DEDAUX v. MISSISSIPPI DEPARTMENT OF CORRECTIONS ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–7581. ANDREWS v. CALIFORNIA ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–7588. MARTINEZ TERAN v. ROE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–7590. HOOKER v. MULLIN, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–7594. STEPHENS v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 02–7597. SHABAZZ v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 02–7598. RICHARDSON v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–7626. MOORE v. VARNER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SMITHFIELD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–7666. TOLBERT v. STUBBLEFIELD, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 02–7738. BARNES v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–7797. HUNT v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 02–7817. ARSBERRY v. JAIMET, WARDEN. C. A. 7th Cir. Certiorari denied.